# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: mhenley | Date Created: 9/15/2009 |
| Case: 09−20246 | Form ID: b18 | Total: 23 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Jeanette Thompson−Gartley | 1904 W 163rd Street | Markham, IL 60428 | |
| tr | Norman B Newman | Much Shelist Freed Denenberg | 191 North Wacker Drive Ste 1800 | Chicago, IL 60601 |
| aty | Peter L Berk | Law Office of Peter L. Berk | 79 West Monroe   Suite 900 | Chicago, IL 60603 |
| 13998956 | AMR Professional Billing | PO Box 654 | Bourbonnais, IL 60914 | |
| 13998954 | All Kids and Familycare Premium Pla | PO Box 19121 | Springfield, IL 62794 | |
| 13998955 | American General Finance | PO Box 1456 | Homewood, IL 60430 | |
| 13998957 | Capital One Bank | Attn: C/O TSYS Debt Management | Po Box 5155 | Norcross, GA 30091 |
| 13998958 | Certegy Payment Recovery Services | 11601 Roosevelt Blvd. | Saint Petersburg, FL 33716 | |
| 13998959 | City of Markham | 16313 S Kedzie Parkway | Markham, IL 60428 | |
| 13998960 | Cook County State's Attorney | PO Box A3984 | Chicago, IL 60690−3984 | |
| 13998961 | Cook County Treasurer | 118 North Clark Street   Suite 112 | Chicago, IL 60602 | |
| 13998962 | Countrywide Home Lending | Attention: Bankruptcy SV−314B | Po Box 5170 | Simi Valley, CA 93062 |
| 13998963 | Credit Protections Assoc. | 1355 Noel Road   Suite 2100 | Dallas, TX 75240 | |
| 13998964 | Harvard Collection | 4839 N Elston Ave | Chicago, IL 60630 | |
| 13998965 | Litton Loan Servicing | Attention: Bankruptcy | 4828 Loop Central Drive | Houston, TX 77081 |
| 13998966 | Metra | 547 W Jackson | Chicago, IL 60661 | |
| 13998967 | NCO Financial Systems, Inc. | 507 Prudential Road | Horsham, PA 19044 | |
| 13998968 | Nicor Gas | Attention: Bankruptcy Department | 1844 Ferry Road | Naperville, IL 60507 |
| 13998969 | Nitet Charo, D.P.M. | 30 East 15th Street, Suite 206 | Chicago Heights, IL 60411 | |
| 13998970 | St James Hospital | 2434 Interstate Plaza Drive   Suite 2 | Hammond, IN 46324 | |
| 13998971 | State Farm Insurance | Attn: Bruce Shapiro | 555 N Skokie Blvd Suite 500 | Northbrook, IL 60062 |
| 13998972 | T−Mobile | PO Box 37380 | Albuquerque, NM 87176−7380 | |
| 13998973 | The Payday Loan Store of Illinois | 1006B 162nd Street | South Holland, IL 60473 | |

TOTAL: 23